# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Troy Elbert Faulkner<br><br>**Date of Birth: XXXXXXXX**<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) | Case: 1:21-mj-00167<br>Assigned to: Judge G. Michael Harvey<br>Assign Date: 1/26/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1361 - Destruction of Government Property
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. 1752 (a)(1)(2)and (4) - Knowingly Entering or Remaining in a physical violence against any person or property in any restricted building or grounds without lawful authority
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry or Disorderly Conduct, obstruct, or impede passage, and parade, demonstrate, or picket on Capitol Grounds

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Ian Myers, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   01/26/2021

*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*