

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney
*District of Columbia*

---

*Emory V. Cole*
*Assistant United States Attorney*
*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*
*Direct Line:  202-252-7692*

April 9, 2021

<u>Sent via ECF</u>

**John L. Machado**
LAW OFFICE OF JOHN MACHADO
503 D Street, NW
Suite 310
Washington, DC 20001
703-989-0840
johnlmachado@gmail.com

  Re: <u>United States v. Troy Faulkner</u>
     Criminal No.:  21-cr-126 (BAH)

Dear Counsel:

 I write to provide you with notice that additional discovery in the above-referenced case was previously provided on April 8, 2021 pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

  A. <u>Documents and Tangible Evidence:</u>

| Email Subject | Description |
|---|---|
| **<u>FW: Audio of Faulkner Self Reporting</u>** | • AudiooFaulknerself-reporting.m4a |
| **<u>FW: Faulkner Interview Summary</u>** | • Interview_Attachment.1.pdf<br>• Interview_Attachment.2.pdf |

3

| **FW: Faulkner Interview Summary** | • Troy_Faulkner_Interview_Summary.pdf |
|---|---|
| **FW: Faulkner Video** | • FAULKNER video.mp4 |
| | |

### VII.    Other Information (Brady / Lewis / Giglio)

The government is aware of its Brady or Giglio obligations.  If such information does exist with respect to any confidential informant(s), it will be disclosed at the appropriate time. Lewis information for the government's witnesses will be provided to you at the time of trial.

Should you have any questions or concerns, please call me directly at the telephone number indicated above.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:    */s/ Emory V. Cole*
       Emory V. Cole
       Assistant United States Attorneys

Enclosures