**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | **Case No. 21-CR-126 (BAH)** |
| **v.** | **:** | |
| | **:** | |
| **TROY FAULKNER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**<u>NOTICE OF FILING</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant on April 13, 2021, a report outlining the cost of repair for damages to a window and glass at the U.S. Capitol caused by the defendant on January 6, 2021, in the above-mentioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:      /s/ *Emory V. Cole*
EMORY V. COLE
Assistant United States Attorney
PA. Bar Number 49136
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov

## **CERTIFICATE OF SERVICE**

On April 13, 2021, a copy of the foregoing notice was served on defendant's counsel through the Court's Electronic Filing System.

/s/ Emory V. Cole
Emory V. Cole
Assistant United States Attorney