# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIM NO. 21-CR-126 (BAH) |
| TROY FAULKNER, ) | Judge: Howell |
| ) | Status Date: August 6, 2021 |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

COMES NOW Defendant Troy Faulkner, through counsel, and respectfully requests, without government opposition, the continuance of the status hearing currently scheduled for August 6, 2021, and the setting of a new status date approximately forty-five (45) days. As reasons therefor, defendant states as follows:

1. Defendant Troy Faulkner was indicted on February 17, 2021. He is currently facing seven counts: 1) 18 U.S.C. § 1361, Destruction of Government Property; 2) 18 U.S.C. § 1512(c)(2), Obstruction of an Official Proceeding; 3) 18 U.S.C. § 1752(a)(1), Entering and Remaining in a Restricted Building or Grounds; 4) 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 5) 18 U.S.C. § 1752(a)(4), Engaging in Physical Violence in a Restricted Building or Grounds; 6) 40 U.S.C. § 5104(e)(2)(D), Disorderly

1

Conduct in a Capitol Building; and 7) 40 U.S.C. § 5104(d), Stepping, Climbing, Removing, or Injuring Property on the Capitol Grounds.

2.  The government alleges that Mr. Faulkner damaged a particular window on the exterior of the U.S. Capitol. Despite the fact the window is on the exterior of the U.S. Capitol, upon information provided by the government, the allegedly damaged window is not in an area that can be accessed by the general public. Accordingly, to see the damage, counsel is required to take a guided tour while Congress is not in session coordinated through the U.S. Attorney's Office in order to visit the crime scene of the U.S. Capitol.

3.  The U.S. Attorney's Office has set its next tour for August 14, 2021. Arrangements are still being finalized, but the government is attempting to allow for counsel to see the damaged window both from the inside and the outside.[1]

4.  It is expected that viewing the scene will be helpful to the parties for further plea negotiations and/or trial preparation. The parties are still hopeful that a plea agreement can be reached. Mr. Faulkner agrees to exclude the time from now

---

[1] Undersigned counsel was able to take one of the guided tours of the U.S. Capitol in May of 2021. However, at the time, the U.S. Attorney's Office and/or the tour coordinators were unable to identify the specific damaged window at issue. This window at issue has been identified from discovery as window "S1CR4S." The only window that appeared to be damaged in the area (using the best educated guess that undersigned counsel could make given the limited information available) had a giant piece of plywood covered the exterior view, and the interior appeared to be in a locked office that was not accessible during the tour. It is counsel's understanding that the government is attempting to make arrangements to identify the window in dispute and to provide counsel access to the interior and exterior view of said window (hopefully without obstructions).

until the next status date under the Speedy Trial Act.

    5.    Accordingly, Troy Faulkner respectfully requests for the status hearing to be continued for approximately forty-five (45) days.

    6.    Defendant has spoken to AUSA Emory Cole who indicates that the government does not oppose this motion.

WHEREFORE, Defendant Troy Faulkner requests for the status in this matter to be continued for forty-five (45) days.

Respectfully submitted,

TROY FAULKNER
By Counsel

   /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Troy Faulkner
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 2nd day of August, 2021, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Troy Faulkner
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com