# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIM NO. 21-CR-126-BAH |
| TROY FAULKNER, ) | Judge: Howell |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO CONTINUE STATUS HEARING

COMES NOW the United States of America, through the United States Attorney's Office, and Defendant Troy Faulkner, through counsel, and jointly request the continuance of the status hearing currently scheduled for March 3, 2021, and the setting of a new status date approximately sixty (60) days. As reasons therefor, defendant states as follows:

1. Defendant Troy Faulkner was indicted on February 17, 2021. He is currently facing seven counts: 1) 18 U.S.C. § 1361, Destruction of Government Property; 2) 18 U.S.C. § 1512(c)(2), Obstruction of an Official Proceeding; 3) 18 U.S.C. § 1752(a)(1), Entering and Remaining in a Restricted Building or Grounds; 4) 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 5) 18 U.S.C. § 1752(a)(4), Engaging in Physical Violence in a Restricted Building or Grounds; 6) 40 U.S.C. § 5104(e)(2)(D), Disorderly Case

1

Conduct in a Capitol Building; and 7) 40 U.S.C. § 5104(d), Stepping, Climbing, Removing, or Injuring Property on the Capitol Grounds.

2. The government alleges that Mr. Faulkner damaged a particular window on the exterior of the U.S. Capitol. Mr. Faulkner is not alleged to have entered the U.S. Capitol building.

3. The parties are currently in plea negotiations. The government is currently in the process of preparing a plea offer to be provided to the defendant shortly. The parties need time to finalize a plea and, upon reaching a plea agreement, will contact chambers to set a plea date.

4. Mr. Faulkner agrees to exclude the time from now until the next status date under the Speedy Trial Act.

5. Accordingly, the parties request for the status hearing to be continued for approximately six (60) days, to approximately the first week in May, 2022. Mr. Faulkner agrees to toll the time between now and the next hearing date.

WHEREFORE, the parties jointly request for the status in this matter to be continued for sixty (60) days.

Respectfully submitted,

| UNITED STATES OF AMERICA | TROY FAULKNER |
| By Counsel | By Counsel |
| | |
| /s/Emory V. Cole | /s/ John L. Machado |
| Emory V. Cole | John L. Machado, Esq. |
| PA Bar #49136 | Bar No. 449961 |
| Assistant United States Attorney | Counsel for Troy Faulkner |
| United States Attorney's Office | 503 D Street, N.W., Suite 310 |
| 555 Fourth Street, N.W. | Washington, DC 20001 |
| Washington, DC 20530 | Phone: (703) 989-0840 |
| Phone: (202) 252-2656 | E-mail: johnlmachado@gmail.com |

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 2nd day of March, 2021, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Troy Elbert Faulkner
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

3