UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-CR-126 (BAH) |
| | : | |
| v. | : | |
| | : | |
| **TROY FAULKNER,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## GOVERNMENT'S RESPONSE TO THE COURT'S MINUTE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia respectfully submits this Response to the Court's Minute Order regarding the above-captioned matter currently scheduled for a plea hearing on August 5, 2022. In support of this motion, the government relies on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

On August 3, 2022, the Court issued a Minute Order directing the government, "by 4 PM on August 4, 2022, to (1) submit a report describing the source, length and location depicted for all photo and video evidence relied upon as support for the Statement of Offense filed in connection with defendant's plea agreement; (2) make such photo and video evidence available for the Court's review; and FURTHER DIRECTING the parties to provide their positions whether this photo and video evidence may be made publicly available without restriction."

Consistent with the Court's Minute Order above, undersigned counsel for the government can report the following: 1) at the sentencing hearing, the government will submit a total of five (5) photos which were recovered from the defendant's Facebook pages by law enforcement during the execution of a Court-authorized search warrant, and a one minute and eight second (1:08) video taken from an open-source public video platform. In addition, the window, in which defendant

Faulkner admits to kicking in the above photos and video, is located near the NW Senate Doors of the U.S. Capitol and described more fully by the Architect of the Capitol as United States Capitol Building - S1CR4S; 2) undersigned counsel for the government will move into evidence at the plea hearing and will send to the Court and counsel for the defendant all noted five (5) photos and one video for review prior to the plea hearing; and 3) the parties further state that the photos and video entered into evidence may be made publicly available without restriction.

      Wherefore, the government submit this Response to the Court's Minute Order regarding the above-captioned matter.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

By:    */s/ Emory V. Cole*
            Emory V. Cole
            PA. Bar #49136
            Assistant United States Attorney
            United States Attorney's Office for D.C.
            601 D Street, N.W.
            Washington, D.C. 20530
            E-mail: Emory.Cole@usdoj.gov
            Telephone: (202) 252-7692