# DIANE J. STRAUSSER, MSS, LISW
1620 E BROAD ST #110 COLUMBUS, OHIO 43203-2012
614-206-8387

Re: Docket No:1:21CR00126-001

October 31, 2022

Honorable Judge Howell:

I am writing on behalf of Troy Faulkner. I know Mr. Faulkner to be an honest, kind, caring, and generous man. I have hired him to work in my home with complete trust and confidence. Although he and I have opposing political beliefs, I respect and admire him for the overall life he has created. He is in a long-term loving relationship, he has established a very successful small business and he has life long relationships with people who believe in him and support him.

I abhor what happened on January 6, 2021 and I abhor Mr. Faulkner's behavior on that day when he got a case of "the Trump crazies", as he told me. I also know that mob behavior often leads to emotional decisions that are influenced by the out-of-control crowd and are not the rational decisions one makes on their own. I absolutely believe Mr. Faulkner was in an altered emotional state when he joined the insurrectionists in their unprecedented attack.

I believe none of us want to be judged by the worst thing we did on one particular day, but rather on the overall life we have led. Despite this one act, Mr. Faulkner is a good man, an overall good citizen, and a person I call friend.

Sincerely,

Diane J. Strausser